266 F.2d 27
 Hubert TYRILL, Plaintiff-Appellant,
v.
ALCOA STEAMSHIP COMPANY, Inc., Defendant-Appellee.
 No. 237, Docket 25467.
 United States Court of Appeals Second Circuit.
 Argued April 6, 1959.
Decided April 28, 1959.
 
 Morris Hirschhorn, New York City, for plaintiff-appellant.
 Francis X. Byrn, New York City (Haight, Gardner, Poor & Havens, and J. Ward O'Neill, New York City, on the brief), for defendant-appellee.
 Before HINCKS, LUMBARD and WATERMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 The denial of an injunction constitutes an appealable order. 28 U.S.C.A. 1292(a)(1). We think the lucid and wellreasoned opinion of Judge Ryan, D.C.S.D.N.Y., 172 F.Supp. 363, is a complete answer to the plaintiff's contentions here.
 
 
 2
 The order is affirmed.